# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| AMY JOHNSON and<br>TERRY LEE JOHNSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO 08-0539-KD-B<br>)<br>)<br>)<br>) |

## ORDER

The Court has been advised that this matter has settled. Therefore, it is **ORDERED** that all claims in the above-styled action be **DISMISSED WITH PREJUDICE,** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure. Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** this the 26th day of February 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**